IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES E. CHANEY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-23-842-D |
| DRG INVEST, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4], in its entirety.

For the reasons stated therein, Plaintiff's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** If Plaintiff's filing fee is not received by the Clerk of the Court on or before November 21, 2023, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 1st day of November, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge